UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

LUIS SANCHEZ,

   Plaintiff,

-vs-

RENTGROW, INC.,                      CASE NO.: 3:19-CV-01774-L

   Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff respectfully submits this Notice of Settlement to inform the Court as follows:

1. Plaintiff and Defendant Rentgrow Inc. have reached an Agreement in principle and are in the process of finalizing a confidential settlement agreement.

2. Plaintiff will file a Dismissal once the terms of the settlement agreement have been completed.

3. Accordingly, the parties request excusals from any upcoming filing or appearances requirements.

Dated: August 19, 2019

                                                     Respectfully Submitted,

                                                     /s/ *Joshua R. Kersey*
                                                   Joshua R. Kersey
                                                   Texas Bar No.: 24090206
                                                   Morgan & Morgan, Tampa, P.A.
                                                   201 North Franklin Street, 7th Floor
                                                   Tampa, Florida 33602
                                                   Telephone: (813) 225-5505
                                                   Facsimile: (813) 222-2490
                                                   JKersey@ForThePeople.com
                                                   MMartinez@ForThePeople.com
                                                   *Attorney for Plaintiff*