# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

LUIS SANCHEZ,

   Plaintiff,

-vs-                                             CASE NO.: 3:19-CV-01774-L

RENTGROW, INC.,

   Defendant.

_____/

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COME NOW the Plaintiff, LUIS SANCHEZ, by and through his undersigned attorney, hereby files this Notice of Voluntary Dismissal Without Prejudice as to the Complaint, and all claims asserted therein against Defendant, RENTGROW, INC., in the above captioned matter, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been furnished via CM/ECF on this 21st day of August, 2019.

                                                */s/ Joshua R. Kersey*
                                                Joshua R. Kersey
                                                Texas Bar No.: 24090206
                                                Morgan & Morgan, Tampa, P.A.
                                                201 North Franklin Street, 7th Floor
                                                Tampa, Florida 33602
                                                Telephone: (813) 225-5505
                                                Facsimile: (813) 222-2490
                                                JKersey@ForThePeople.com
                                                MMartinez@ForThePeople.com
                                                Attorney for Plaintifff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have mailed by United States Postal Service this 21st day of August, 2019 the document to the following non-CM/ECF participant:

Matthew J. Frankel
Nixon Peabody LLP
Exchange Place
53 State Street
Boston, MA 02109-2835

*/s/ Joshua R. Kersey*
Joshua R. Kersey